**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-4304**

———————

UNITED STATES OF AMERICA,

                               Plaintiff - Appellee,

     versus

CHESTER FRANCIS STONE,

                               Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Andre M. Davis, District Judge. (CR-98-386-AMD)

———————

Submitted: December 29, 1999      Decided: January 20, 2000

———————

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Mark A. Van Bavel, WALKER & VAN BAVEL, P.A., Baltimore, Maryland, for Appellant. Lynne A. Battaglia, United States Attorney, Martin J. Clarke, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Chester Francis Stone appeals from a 180-month sentence imposed following his conditional guilty plea to being a felon in possession of a firearm, 18 U.S.C.A. § 922(g)(1) (West Supp. 1999). Stone alleges that the district court erred when it denied his motion to suppress. We have reviewed the record and find no reversible error. <u>See</u> <u>United States v. Raymond</u>, 152 F.2d 309, 312 (4th Cir. 1998). Accordingly, we affirm Stone's conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>